UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES | § § § § § |
| v. | CAUSE NO. EP-22-CR-0100-DCG(1) |
| ALEJANDRO GALINDO | |

## AGREED ORDER AMENDING JUDGMENT

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission made Parts A and B, Subpart 1, of Amendment 821 retroactively applicable to previously sentenced defendants. *See* U.S.S.G. App. C., amend. No. 825; U.S.S.G. §1B1.10, p.s. (eff. Nov. 1, 2023). Subpart 1 of Part B creates a new §4C1.1 guideline that provides a decrease of two offense levels for "Zero-Point Offenders" (no criminal history points) whose offense did not involve specified aggravating factors.

The parties agree that a reduction from the Defendant's current sentence of **30** months is appropriate in this case. The Court having considered the guidelines, and pursuant to the Sentencing Reform Act, the guideline policy statements, and 18 U.S.C. § 3553(a), concurs with the parties. Based on the amended guideline and the reasons previously set forth in the Statement of Reasons included in the judgment and commitment order in this case, the Court finds that an amended sentence of **24** months or time served, whichever is later, is appropriate in this case. The Court finds that this sentence is sufficient, but not greater than necessary in light of the sentencing objectives in §3553(a)(2).

The Court hereby **ORDERS** as follows:

(1) Defendant's sentence is reduced to 24 months or time served, whichever is later;

(2) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons.

**ORDERED** on this the 7 day of Dec, 202_.

**EFFECTIVE DATE: February 1, 2024.**

_____
DAVID C. GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE

AGREED:

_____
STEPHEN G. GARCIA
ASSISTANT UNITED STATES ATTORNEY

_____
MARIE ROMERO-MARTINEZ
ASSISTANT FEDERAL PUBLIC DEFENDER